IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: June 30, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-00904-RPM

MARY ELLEN BOHNEN,                                             William R. Gray
individually, as Trustee and Beneficiary of the
EILEEN RITA CURE TRUST and
as Trustee / Personal Representative and Heir of the
ESTATE OF ERNEST RICHARD CURE,

     Plaintiff,

v.

KENNEDY AND COLE, LLC.,                                        Keith P. Ray
WILLIAM H. JENKINS,
HAMPTON & ROYCE, LC., f/k/a                                    Michael R. McCormick
HAMPTON, ROYCE, ENGLEMAN & NELSON, L.C., and                   Christopher B. Little
SIDNEY A. REITZ,

     Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**1:58 p.m.**    **Court in session.**

Court's preliminary remarks and its understanding of the pending motion to dismiss and case facts.

2:02 p.m.    Mr. Gray answers questions asked by the Court regarding the state court litigation and case issues.

Mr. Gray states plaintiff is claiming general and specific jurisdiction.

2:17 p.m.    Argument by Mr. McCormick [7].
2:27 p.m.    Argument by Mr. Gray.

Court's findings stated on record.

**ORDERED:**    **Motion to Dismiss, filed May 19, 2008 [7], is granted and defendants Hampton & Royce and Reitz are dismissed.**

Discussion regarding scheduling.

**ORDERED:**    **Scheduling Conference scheduled August 8, 2008 at 11:00 a.m.**

**2:45 p.m.**    **Court in recess.**    Hearing concluded. Total time: 49 min.