IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00904-RPM

MARY ELLEN BOHNEN, individually, as Trustee and Beneficiary of the
EILEEN RITA CURE TRUST, and as Trustee/Personal Representative and Heir of the
ESTATE OF ERNEST RICHARD CURE,

        Plaintiff,

v.

KENNEDY AND COE, LLC., and
WILLIAM H. JENKINS,

        Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to the hearing convened on June 30, 2008, it is

ORDERED that a scheduling conference will be held on **August 8, 2008, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 31, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: July 9th, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge