**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                August 8, 2008
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-00904-RPM

MARY ELLEN BOHNEN,                                      William R. Gray
individually, as Trustee and Beneficiary of the
EILEEN RITA CURE TRUST and
as Trustee / Personal Representative and Heir of the
ESTATE OF ERNEST RICHARD CURE,

         Plaintiff,

v.

KENNEDY AND COLE, LLC.,                                 Keith P. Ray
WILLIAM H. JENKINS,                                     Timothy K. McNamara

         Defendants.

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**10:58 a.m.       Court in session.**

Discussion regarding Defendants' Motion for Summary Judgment [20].
Counsel answer Court's questions and state their respective positions.
Mr. McNamara contends defendant Jenkins had no duty to read / interpret Reitz's letter.

**ORDERED:    Defendants' Motion for Summary Judgment [20], filed August 6, 2008 [20],
             is denied.**

Court reviews proposed scheduling order with counsel.

**Paragraph indicating confidential settlement statements stricken.**

Counsel agree to the use of prior deposition transcripts.

Court states its order of reference to magistrate judge practice.

**ORDERED:    Scheduling Order approved.**

**11:22 a.m.       Court in recess.**       Hearing concluded.  Total time: 24 min.