IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:08-cv-00904-RPM

MARY ELLEN BOHNEN, individually, as Trustee and Beneficiary of the EILEEN RITA CURE TRUST, and as Trustee/Personal Representative and Heir of the ESTATE OF ERNEST RICHARD CURE

        Plaintiff,

v.

KENNEDY AND COE, LLC. and WILLIAM H. JENKINS,

        Defendants.

_____

**INDEX OF EXHIBITS TO PLAINTIFF'S BRIEF IN OPPOSITION
TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT**

_____

Exhibit 1        Transcript of Scheduling Conference, August 8, 2008, 14:11-13
                          Courtroom Minutes, Doc. #17

Exhibit 2        State Court Findings of Fact, Conclusions of Law and Judgment

Exhibit 3        William Jenkins deposition (December 16, 2008):
                          14:15-25
                          15:1-25
                          15:2-11
                          16:1-13
                          26:1-5
                          26:1-5
                          29:9-19
                          37:19-25
                          38:1-16
                          39:23-25
                          40:1-5
                          40:6-8
                          41:15-25
                          42:1-25
                          43:1-25
                          44:1-17
                          45:20-25

46:12-18
49:7-12
50:5-12
51:15-25
53:1-25
54:1
61:16-19
65:13-18
65:19-25
66:1-14
68:12-17
68:22-25
69:1-3
69:20-24
72:8-77:6
78:18-25
80:1-23
81:3-82:2
82:3-12
88:14-25
89:1
Jenkins Deposition Exhibit 1

Exhibit 4          State Court Trial Exhibit 8

Exhibit 5          State Court Trial Exhibit 10

Exhibit 6          Letter from Linda Rummel to Sidney Reitz, 1/17/95

Exhibit 7          Sidney Reitz cover letter to Jenkins, 1/27/95

Exhibit 8          William Jenkins letter to Wade, 4/25/00

Exhibit 9          William Jenkins letter to Wade, 5/8/00

Exhibit 10         William Jenkins notes 10/15/00

Exhibit 11         Linda Rummel deposition:

                   18:17-25
                   18:1-2

Exhibit 12         James R. TenBrook Affidavit and Reports of January 15, 2009 and March 11,

2009

Exhibit 13          Mary Bohnen Deposition (January 8, 2009)

16:18-25
17:1-14
21:2-25
22:14-24
22:25
23:1-25
24:1-7
24:13-25
25:1-6
26:20-25
27:1-11
33:21-25
34:1-4

Exhibit 14          Certified copy of State Court Award of Attorney Fees $495,000 against Mary Bohnen

Exhibit 15          Schedule of Cure, Inc. tax return for tax year 1998. (Linda Rummel deposition 10:16-25 through 16:4 and also see Affidavit of William R. Gray for authentication.)

Exhibit 16          Schedule of Cure, Inc. tax return for tax year 1999. (Linda Rummel deposition 10:16-25 through 16:4 and also see Affidavit of William R. Gray for authentication.)

Exhibit 17          Schedule of Cure, Inc. tax return for tax year 2000. (Linda Rummel deposition 10:16-25 through 16:4 and also see Affidavit of William R. Gray for authentication.)

Exhibit 18          Schedule of Cure, Inc. tax return for tax year 2002. (Linda Rummel deposition 10:16-25 through 16:4 and also see Affidavit of William R. Gray for authentication.)

Exhibit 19          Mary Bohnen deposition (October 19, 2006)

92:4-12
92:24-25
93:1