
RESPONDENT EXHIBIT

Meeting Ernie & Mary
12/28/94

1) Ernie would like to use his limited powers over the family trust to leave everything to Mary.

2) Inez (wife) has no substantial resources

3) We want Inez ~~should~~ to have the home or its use for her life

4) Mary will get the SS card sent in & see what the benefit is

5) The house & half section should be for her use for life & then to Mary or Cure Inc. How can we protect the home & possibly ½ section from being consumed with care    Q-Tip

6) 280 acres in C.R.P now @ 40⁰⁰/acre - as grass would rent for 10⁰⁰/acre

7) Benefits to Inez discontinue upon remarriage - Can this be built into a deferred Comp. agreement

8) Leave ~~Inez~~ Mary a right of first refusal on sale of land & half section

EC 192

EXHIBIT
4

TRIAL EXHIBIT
8

9) Land was Appraised Item #10 @ $83,139 with Improvements @ 6-5-92

10) Advised them to have Ernie Cure Inc. build the home & then we would transfer it out to Ernie & Inez

11) The plan is starting to look at 2,000/mth plus social security and she gets house and land

12) Ernie wants to change his trust to leave all stock to Mary Böhnen

13) Any property outside Cure Inc & the house & half section to Mary

14) He may want to start a gifting program very soon after getting an agreement with Inez is reached

15) Give Mary the right to distribute other assets outside Cure Inc & what Inez gets to her sister as she decides or all to herself.

EC 193