

Ernie Cure

1-15-95

1. Would like to exercise his power of appointment under the Eileen Cure Trust in Favor of Mary Only

2. Wants to amend his revocable trust to leave all property to Mary Bohnen

3. Ernie is building a house on the N½ of 4-8-45 and we will the sell the home & land to Ernie in partial satisfaction of the debt owed to Ernie.

4. Ernie then establishes a Q-Tip Trust through his Marital Trust that gives use & enjoyment of the home and N½ of 4-8-45 for her life.

5. Upon death of Inez all property goes to Mary

6. All property not in Q-Tip goes to Mary Outright

EC 186

7. We will have Corporation adopt a non-qualified deferred comp agreement with money payable @ $2500/mth to Ernie for life, then to Inez for life.

EXHIBIT
5

TRIAL EXHIBIT
10

8. Can the Q-Tip limit income & use of property only to spouse with no provision for the dist. of principal

9. Can Mary and Cure Inc. be given a right of first refusal on the land and home in the Q-Tip.

10. Mary would be the Q-Tip Trustee

11. What is the cost basis of the N½ of 4-8-45

12. Ernie Cure Balance Sheet:

| | | # of shares | Ernie |
|---|---|---|---|
| Net worth of Cure Inc. | $2,073,896 | | |
| Mary Bohnen 346 shares | $535,099 | 346 | |
| Eileen Cure Trust | | | |
| $600,000 ÷ 1,455.60/share | | | |
| = 412 shares × $1,546.50/sh | $637,158 | 412 | |
| Ernie Cure 498 shares | $770,157 | 498 | 770,157 |
| Ernie Cure through Eileen Cure Trust 85 shares | $131,453 | 85 | 131,453 |
| | $2,073,867 | 1341 | 901,610 |

Ernie Cure
Stock in Cure Inc.                $901,610
Note Receivable Cure Inc.         $414,171
Cash and other                    $ 75,000
                                   1,390,781

EC 187

13. Estate Planning for Ernie
Total Estate                           1,390,781
Property to be left in
Q-Tip for Inez                       (400,000)
Taxable Estate                       990,781

Consider gifts of Stock to
Mary, Joe, & children applying
minority discounts.

14. Get stock reissued in correct names
to fund Eileen Cure Trust.

EC 188