

EXHIBIT
6

# K E N N E D Y  A N D  C O E,  L L C
### CERTIFIED PUBLIC ACCOUNTANTS
1002 BROADWAY, P. O. BOX 187
GOODLAND, KANSAS 67735
PHONE: (913) 899-3676
FAX: (913) 899-7331

WILLIAM H. JENKINS, C.P.A.
CHIEF EXECUTIVE OFFICER
P.O. BOX 1100, SALINA, KS 67402-1100

**OFFICES**

**KANSAS:**
| | |
|---|---|
| ANTHONY | COLBY |
| CONCORDIA | GARDEN CITY |
| GOODLAND | GREAT BEND |
| MARYSVILLE | OVERLAND PARK |
| PRATT | SALINA |
| SCOTT CITY | SMITH CENTER |
| TOPEKA | WICHITA |

**COLORADO:**
LAMAR    WRAY
MONTE VISTA

**OKLAHOMA:**    **NEBRASKA:**
ALVA    MCCOOK

WILLIAM H. JENKINS, C.P.A.
MEMBER-IN-CHARGE

LARRY L. LEWIS, C.P.A.
MEMBER

E. WAYNE HILTON, C.P.A. (RETIRED)

January 17, 1995

Hampton, Royce, Engleman & Nelson
Attention: Sidney A. Reitz
P.O. Box 1247
Salina, Kansas 67402-1247

Re: Ernest Cure

Dear Sid:

In accordance with your telephone conversation with Bill Jenkins, below is a summary of the changes that Ernest Cure desires to make to the existing trust agreements for himself and his deceased wife.

1. Mr. Cure wants to exercise his power of appointment under Article VIII, Section 5, of the Eileen Rita Cure Trust to appoint all of the principal of the trust to his daughter, Mary Ellen Bohnen. The only property held in this trust is 412 shares of Cure, Inc. The trust terminates at the date of death of Mr. Cure, therefore, all of the stock held by the trust would be distributed to Mary.

2. Mr. Cure wants to amend his trust agreement to leave all of his property to his daughter, Mary Ellen Bohnen, outright, with the exception of the property described in number 3.

3. Mr. Cure wants to change his trust agreement to provide a Q-tip trust for his second wife, Inez. The trust would provide for all income and use from their home and the North one-half of Section 4-8-45 in Kit Carson, Colorado where the house is located during her lifetime. Upon Inez's death, the Q-tip property would be distributed to Mary. Currently, Cure, Inc. owns the land, which is under a CRP contract, and there is no home on the land. The construction of the home will begin this spring. All of the construction costs will be paid for by the corporation and Ernest will purchase the land and home from the corporation using a large receivable he has from the corporation. The trustees of the Q-tip should be his daughter, Mary, and his wife, Inez. Mary needs to have the ability to make distributions of principal under an ascertainable standard.

Mrs. Cure needs to execute a disclaimer for all interest, other than that listed above, to the property owned by Mr. Cure that she would be entitled to inherit under state laws. In addition, Inez needs a will to distribute all her property equally to her children at her date of death. Mr. Cure also needs to execute a disclaimer for all interest in property owned by Mrs. Cure at her date of death that he would be entitled to inherit under state laws. Mrs. Cure is to provide us with a list of her children's names and addresses and the name of an executor and a successor executor of her will. This data will be forwarded to you when we receive it.

TRIAL EXHIBIT
11

Hampton, Royce, Engleman and Nelson
January 17, 1995
Page 2

Cure, Inc. will adopt a non-qualified deferred compensation agreement providing monthly payments of $2,500 per month. The payments will start when Ernest can no longer provide services to the corporation and continue on through the life of Inez.

We need you to prepare all the necessary documents to facilitate the changes to the trust agreements in accordance with Ernest Cure's request and to accomplish the other provisions listed above.

Ernest Cure's estimated estate is summarized as follows:

| | |
|---|---:|
| Stock in Cure, Inc. (583 Shares) | 901,610 |
| Notes Receivable from Cure, Inc. | |
| (will be converted to land and home) | 414,171 |
| Cash and Other Property | 75,000 |
| Total | 1,390,781 |

The value of the home and land in the Q-tip trust will be approximately $400,000 leaving a taxable estate of $990,781. Mr. Cure will consider a gifting program for the future to gift shares of Cure, Inc. stock to Mary, her husband, and her children to reduce his taxable estate while using his annual exclusions.

Below is a summary of the ownership of Cure, Inc.:

| | | |
|---|---|---:|
| Mary Bohnen | 346 Shares | 535,099 |
| Eileen Rita Cure Trust | 412 Shares | 637,158 |
| Ernest Richard Cure Trust | 498 Shares | 770,157 |
| Ernest Richard Cure Trust | | |
| (from Eileen Cure) | 85 Shares | 131,453 |
| Total | 1,341 Shares | 2,073,867 |

We are enclosing a copy of the balance sheet of Cure, Inc. for your reference.

We are also enclosing the client's copy of the booklet containing the estate tax return for Eileen Cure and the trust agreements for Eileen and Ernest Cure. Please return this booklet to our office with the completed documents.

It is our understanding that you will have the completed documents to our office by January 27, 1995, therefore, we have set an appointment with Mr. and Mrs. Cure to execute the documents on January 31, 1995. Your cooperation in completing this project timely is greatly appreciated. If you have any questions or comments, do not hesitate to contact us.

Very truly yours,

Linda Rummel

LKR
Enclosures

cc:   Mary Bohnen, 36470 Road CC, Bethune, CO  80805
      Ernest Cure, 485 Pomeroy, #1, Burlington, CO  80807

## CURE INC
## FINANCIAL STATEMENT
## DECEMBER 28, 1994

**ASSETS**

| | |
|---|---:|
| Cash | 17,000.00 |
| Non-Distributed Pat. Div. | 64,921.30 |
| Land | 2,347,639.00 |
| Vehicles | 80,000.00 |
| Brand | 5,000.00 |
| Notes Receivable | 100,000.00 |

**Total Assets**                                **$2,614,560.30**

**Liabilities**

| | |
|---|---:|
| Ernest Cure | 414,171.62 |
| Joe Bohnen | 120,142.50 |
| Bohnen Children | 6,350.00 |

**Total Liabilities**                                **$540,664.12**

**Net Worth**                                **$2,073,896.18**

**Total Liability and Net Worth**                                **$2,614,560.30**