

KENNEDY AND COE, LLC



April 25, 2000

Jim Wade
360 South Monroe, Suite 400
Denver, CO  80209

Dear Jim:

We now have in our possession various documents related to the estate planning of Ernest Richard Cure including the following:

1. The Ernest Richard Cure Trust dated January 31, 1995, which is the second amendment to an original trust agreement of February 3, 1976. We are unable to locate the February 3, 1976 trust agreement or the first amendment to it. The January 31, 1995 amendment, however, is a complete restatement of the original trust.

2. Ernest Richard Cure's Will dated January 31, 1995 which contains his exercise of the power of appointment over the marital trust of Eileen Cure.

3. The executed Waiver of Rights of a Surviving Spouse dated January 31, 1995 by Ernest Cure.

4. A copy of a letter from the firm of Hampton, Royce, Engleman and Nelson dated January 31, 1995 to Mrs. Cure regarding her rights as a surviving spouse.

5. A copy of a letter from the firm of Hampton, Royce, Engleman and Nelson dated January 27, 1995 to Mr. Ernest R. Cure regarding his rights as a surviving spouse.

6. The Eileen Rita Cure Trust dated August 7, 1987 and her Will of the same date.

7. The federal Estate Tax Return of Eileen Cure.

8. A Deferred Compensation Agreement in effect between Cure, Inc. and Ernest Cure.

9. A letter from Hampton, Royce, Engleman and Nelson which gives a general outline of the Ernest Richard Cure Trust.

*K & C Information Provided to Wade*

1002 BROADWAY BOX 187, GOODLAND, KS  67735. PHONE (785) 899-3676. FAX (785) 899-7331. WWW.KCOE.COM
Members of: American Institute of Certified Public Accountants. Offices in Kansas, Nebraska, Oklahoma and Colorado

**EXHIBIT** 8

TRIAL EXHIBIT 20

EC 213

*4-25-2000*

Jim Wade
April 25, 2000
Page 2

We will hold all of these documents here at Kennedy and Coe, LLC until we are able to visit with you. Would you please get in touch with us as to whether or not this appears to be a complete set of documents, which would facilitate your review? If you need items in addition to those listed, please don't hesitate to request them. After hearing back from you, we will arrange a mutually convenient time for Mr. Cure to meet with you. I will be out of the office the rest of this week but will be back in the office all day on May 1, 2000. After hearing from you and discussing the need for any additional information, we will then forward all of these documents to you upon your request.

Very truly yours,

William H. Jenkins, CPA
Chief Executive Officer

WHJ/jaf

cc:  Mary Bohnen, 36470 CO RD CC, Bethune, CO  80805
     Ernest R. Cure, 23851 CO RD 40, Bethune, CO  80805-9608
     Jill Eberhart, Kennedy and Coe, LLC, 517 14th Street, Burlington, CO  80807

G:\Clients\B0\B02550\0jf0425.doc

EC 214