

KENNEDY AND COE, LLC


RESPONDENT
EXHIBIT
AA

May 8, 2000

James R. Wade
Attorney at Law
Wade Ash Woods Hill & Farley, P.C.
360 South Monroe Street, Suite 400
Denver, CO  80209-3709

Dear Mr. Wade:

In response to your letter of May 4, 2000, please be advised as follows:

1.  Mr. Cure has not executed a living will, health care power of attorney, or property management power of attorney.

2.  Enclosed in summary form is a listing of the assets held by Cure Inc., the Ernest Cure Revocable Trust, and the Eileen Cure Marital Trust.

3.  A list of the children and grandchildren of Ernest Cure.

4.  Mr. Cure did file gift tax returns in the early 1980's, a copy of which we have not been able to locate.

I will be out of town until Thursday of this week, but then back in the Goodland office of Kennedy and Coe, LLC on Friday.  Please get in touch with me on Friday if it will work into your schedule and we can arrange for a meeting between you and whoever the appropriate parties would be.  If you have any questions about the enclosed material, of course, don't hesitate to contact me.

Very truly yours,

William H. Jenkins, CPA
Chief Executive Officer

WHJ/jaf
Enclosures


EXHIBIT
9

cc: Ernest R. Cure, 23851 CO RD 40, Bethune, CO 80805-9608          EC 217
    Mary Bohnen, 36470 CO RD CC, Bethune, CO  80805
    Jill Eberhart, Kennedy and Coe, LLC, 517-14th Street, Burlington, CO  80807

G:\Clients\BO\BO2550\0jf0508.doc

*KtC to Wade Transmitting Information*

1002 BROADWAY BOX 187, GOODLAND, KS  67735. PHONE (785) 899-3676. FAX (785) 899-7331. WWW.KCOE.COM
Members of: American Institute of Certified Public Accountants. Offices in Kansas, Nebraska, Oklahoma and Colorado

*5-8-2000*

TRIAL EXHIBIT
22

Ernest Cure Trust
Cure Inc.
Eileen Cure Marital Trust

Ernest Cure Trust
    Real Estate – N1/2 of 4-8-45
     Kit Carson County, Colorado
     Including home and improvements      $ 465,000
    Certificate of deposit      100,000
    Stock in Cure Inc. (583 shares)      1,086,875
        Net Worth      $1,651,875

Eileen Cure Marital Trust
    Stock in Cure Inc. (412 shares)      $ 768,083
        Net Worth      $ 768,083

Cure Inc.
    Principally real estate      $2,500,000
        Net Worth      $2,500,000

Summary of Stock Ownership in Cure Inc.

| | |
|---|---|
| Mary Bohnen | 346 shares |
| Eileen Cure Trust | 412 shares |
| Ernest Cure Trust | 583 shares |
| Total | 1,341 shares |

F:\Clients\BO\B02550\asset summary.doc

EC 218

### Sons, Daughters and Grandchildren of Ernest R. Cure

**Edward J. Cure**
Greg Cure
Mark Cure
John Cure
Stan Cure
Jeff Cure
Spencer Cure

**Mary E. (Cure) Bohnen**
Kirsten (Tacha) Bohnen
Matthew Bohnen
Michael Bohnen
Joleen Bohnen
Sara Bohnen

**Kathleen A. (Cure) Unrein**
Nicole Unrein
Natalie Unrein
Michael Unrein
Marty Unrein
Mark Unrein
Mitch Unrein

**Jane E. (Cure) Hubbard**
James Hubbard *
Brenda (Tacha) Hubbard
Lynn Hubbard
Thomas Hubbard
Caitlyn Hubbard

**Michael R. Cure**
Jamie Cure
Julia Cure
Jarret Cure
Jonas Cure

**William E. Cure**
Luke Cure
Dexter Cure
Suzanna Cure
Maggie Cure

**John P. Cure**
Tyson Cure
Tonya Cure
Ryan Cure
Blake Cure
Scott Cure
Samantha Cure

**Theresa M. (Cure) Muniz**
Jacob Muniz
Sophie Muniz
Jenna Muniz

*One great-grandchild Mackenna Hubbard( I am not sure about the spelling on this)

Above information supplied by Mary Bohnen 5-09-2000.

EC 219