

To Jim Wade:                    ∮ 10/15/00

In response to your inquiries of
10/13/00 be advised as follows:

Ownership of Cure Inc.
    Eileen Rita Cure Trust          412 shares
    Ernest Cure Revocable Trust     583 shares
    Mary Bohnen                     346 shares
        Total                      1341 shares

Ernest Cure's Revocable Trust
    owns the N/2 4-8-45 in
    Kit Carson County Colorado.
    Ernest Home is located on
    this ½ section of land.

All other real estate is owned
    by Cure Inc

The deferred compensation agreement
provides for $2,500/month beginning
with the death, disability or retirement
of Ernest and ending with the death
of the survivor of Ernest and Inez Cure.



12 b                    EC 197

TRIAL EXHIBIT
37

Ernest Cure Trust
Cure Inc
Eileen Cure Marital Trust

Ernest Cure Trust
   Real Estate - N½ of 4-8-45
    Kit Carson Cty, Colorado
    including home + improvements   $465,000
   Certificate of deposit   100,000
   Stock in Cure Inc. (583 Shares)   1,086,875
     Net worth   $1,651,875

Eileen Cure ~~Marital~~ Family Trust
   Stock in Cure Inc. (412 shares)   768,083
    Net worth   $768,083

Cure Inc.
   Principally real estate   $2,500,000
    Net worth   $2,500,000

Summary of Stock Ownership
in Cure Inc.

   Mary Bohnen   346 shares
   Eileen Cure Trust   412 Shares
   Ernest Cure Trust   583 Shares
    Total   1341 Shares

EC 199