## Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MARY ELLEN BOHNEN, et al,

Plaintiffs,

-vs-    Case No. 1:08-cv-00904-RPM

KENNEDY AND COE, LLC, et al,

Defendants.

DEPOSITION

The Deposition of LINDA K. RUMMEL, taken on behalf of the Plaintiffs, pursuant to the Federal Code of Civil Procedure and Notice, before:

Paula A. Keller, RPR, CRR
P. O. Box 846
St. Francis, Kansas 67756

a Registered Professional Reporter of Kansas, at 520 Main, Goodland, Kansas, on the 16th day of December, 2008, starting at 11:20 a.m. MST

APPEARANCES:

Mr. William R. Gray
Purvis Gray, LLP
4410 Arapahoe Avenue, Suite 200
Boulder, Colorado 80303

Appeared on behalf of the Plaintiffs.

INDEX
Deposition of LINDA K. RUMMEL
Direct Examination by Mr. Gray    4

SIGNATURE OF WITNESS    40

CERTIFICATE OF REGISTERED PROFESSIONAL REPORTER . . . . . . . . . . . . . . . . . . 43

## Page 2

Mr. Timothy K. McNamara
Lathrop & Gage, LC
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108

Appeared on behalf of the Defendants.

EXHIBIT
11

## Page 4

RUMMEL-Direct by Mr. Gray

LINDA K. RUMMEL, of lawful age, having been first duly sworn on her oath to state the truth, the whole truth, and nothing but the truth, deposes and says:

DIRECT EXAMINATION

BY MR. GRAY:

Q. Would you tell us your name, please?

A. Linda K. Rummel.

Q. Ms. Rummel, my name is Bill Gray. We met or were introduced a few minutes ago. I represent Mary Bohnen and other plaintiffs in this suit that was brought against Kennedy & Coe and Bill Jenkins in U.S. District Court in Colorado, and we're here today to take your deposition. Other than when your deposition was taken in the underlying case, have you been deposed previously? Have you ever had your deposition taken before that --

A. No.

Q. -- or since?

A. No.

Q. Well, the same basic rules apply. This is not an endurance contest, so if you need to take a break just speak up and let us know, we'll do that.

71c12f5b-8082-4bd3-9711-176920ee3264

RUMMEL-Direct by Mr. Gray

Page 17

fact, isn't it, for Ernest Cure Trust, 583 shares?

A. Five eighty three.

Q. Yes, and then Eileen Cure Trust, 412 and Mary Bohnen, 346?

A. Correct.

Q. Okay. Do any of those percentages, as you look at them, explain the tax reporting allocation of 74% of the ownership to Ernest Cure and 26% to Mary Bohnen?

A. Someone has written in here those percentages that show 26% to Mary and then 31 and 43 which would add up to the 74.

Q. Okay, and those are the same basic numbers that were used to calculate the tax returns that we previously looked at, true? It's the same page of the letter?

A. It's the same page of the letter.

Q. Thank you. I'm finished with the tax returns, thank you.

A. Are you finished?

Q. Yes, I am. Thank you.

A. Okay.

Q. When you or others at Kennedy & Coe are engaged in doing income tax work, in the event you had

RUMMEL-Direct by Mr. Gray

Page 18

any questions that might be answered by reviewing the files of related individuals or entities, do you from time to time look into those files for -- in order to answer those questions?

A. Yes.

Q. So for example, if someone with -- if -- and that's a standard practice at Kennedy & Coe, isn't it?

A. To look into other files?

Q. Well, related files?

A. Yes.

Q. It would be a standard practice, wouldn't it, in the event you wanted to inquire or answer any questions?

A. Yes.

Q. Okay. So for example, if Kennedy & Coe was doing tax work for Cure, Inc., also doing tax work for Ernest Cure, doing tax work for Mary Bohnen, who is one of Ernest Cure's daughters, and her husband or other related businesses or individuals, it would not be unusual or improper for a tax preparer here at Kennedy & Coe to look into one or more of those related files to answer questions that might assist in preparing

RUMMEL-Direct by Mr. Gray

Page 19

a return for Cure, Inc., isn't that true?

A. Yes.

Q. What work did you do, if any, on any Ernest Cure-related return?

A. Income tax returns.

Q. Did you do any income tax return work?

A. No.

Q. Did you do any estate tax return work?

A. I did his estate tax return.

Q. Okay. Do you recall what -- or first of all, was his estate tax return done as of the date of his death or six months later?

A. I don't recall.

Q. Okay.

A. I recall that it was not a long period of time from the time we learned of his death before we met with his wife, but I don't recall the time period when the return was actually finished.

Q. All right.

A. I've not looked at anything for several years, so it's -- yeah, I don't remember.

Q. Did you review any documents in preparation for today's deposition?

A. The only document I looked at was my prior deposition.

RUMMEL-Direct by Mr. Gray

Page 20

Q. Okay. You did read your earlier testimony?

A. Yes.

Q. Do you have a copy of that?

A. With me?

Q. No, no, no.

A. Oh.

Q. I mean did you?

A. Yes.

Q. First time you've ever been in print like that, it would strike me it might be something you'd want to have.

A. That was the first time I'd read it, so yes, I read it.

Q. Okay. Are you familiar with the accounting software or maybe -- what is the accounting program that Kennedy & Coe uses to calculate tax liability?

A. We use fx Tax.

Q. Okay. Was that program -- is that what you're using at present?

A. Correct.

Q. Were you using that program in prior years?

A. Not always.

Q. What other programs has Kennedy & Coe used during the period 1994 through the present?

71c12f5b-8082-4bd3-9711-176920ee3264