

**Granted**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.



Kevin L. Hoyer
District Court Judge
Date of Order attached

EFILED Document
CO Kit Carson County District Court 13th JD
Filing Date: Jan 24 2008 2:58PM MST
Filing ID: 18253860
Case Number: 2003CV29
Review Clerk: Sharlene K Mills

DISTRICT COURT
KIT CARSON COUNTY
Kit Carson County, Colorado
Kit Carson County Courthouse
251 16th St., #301
Burlington, CO 80807

IN THE MATTER OF THE FAMILY TRUST OF EILEEN RITA CURE

▲ COURT USE ONLY ▲

Case No. 2003 CV 29

Division: D    Courtroom:

## ORDER REGARDING ATTORNEY FEES AND COSTS AND TERMINATING CUSTODIANSHIP

THIS MATTER came before the Court on Petitioners' Combined Motion for Determination of Reasonableness of Attorney Fees and Bill of Costs (the "Motion") filed by Petitioners Jane E. Hubbard, Theresa Muniz and Kathleen Unrein ("Petitioners"). The Motion was filed pursuant to this Court's Order of June 1, 2007, and Colorado Rule of Civil Procedure 121, Section 1-22(2). Mary Bohnen ("Respondent"), objected to the Motion. A hearing was held on the Motion on December 19, 2007 and January 11, 2008 (the "Hearing"). The Court has considered the Motion and responses, and the evidence presented by the parties at the Hearing. The Court finds, concludes and orders:

1. The attorneys fees and costs incurred by Petitioners were incurred in two separate cases: the instant case, known as the Breach of Fiduciary Duty Action, Case No. 2003CV29, and the probate matter, known as the Reformation Action, Case No. 2002PR32, presided over by Judge Vannoy (collectively, the "Actions"). Both cases were pending in the District Court, Kit Carson County, Colorado. By stipulation of the parties, and Judge Vannoy's Order of June 19, 2007, this Court reviewed the reasonableness of the attorneys fees in the Reformation Action. On January 5, 2006, pursuant to the parties' stipulation in the Reformation Action, Judge Vannoy awarded costs in the Reformation Action of $10,121.48. This Court's ruling does not alter that award of costs.

2. As stated in the June 1, 2007 Order, this Court found that Petitioners are entitled to reasonable attorneys fees and costs.



EXHIBIT
14

3.      Petitioners' Exhibit 64, as adjusted by Petitioner's counsel during closing argument, indicated total attorney fees and costs in the two Actions (excluding the costs previously awarded by Judge Vannoy) of $659,359.26.

4.      Based on the Court's knowledge of the matters presented at the trial in this action in April of 2007, and the evidence presented by the parties at the two-day hearing for attorneys fees and costs, the Court finds that seventy-five (75%) percent of the amount of attorneys fees and costs sought by Petitioners at the hearing were reasonably and necessarily incurred by Petitioners in pursuing and defending their claims in the two Actions, and orders that the Petitioners are entitled to legal fees and costs of $495,000.

5.      In June 2004, the Court appointed Robin Wiley as Custodian of Cure, Inc., pending the outcome of the Actions. In a telephone hearing before the Court on October 17, 2007, the parties stipulated and the Court ordered that Robin Wiley would remain as Custodian of Cure, Inc., until the Respondent has paid the amounts due to the Petitioners pursuant to the judgments in the actions. Respondent has indicated that she will be paying the judgments with financing that will be closed through an escrow with a title company and the parties have agreed that upon the payment from escrow of the amounts set forth below to Petitioners, the Custodianship will be terminated. The amounts payable to Petitioners are as follows:

| Judgment Pursuant to June 1, 2007 Order | | | $ 816,824.09 |
|---|---|---|---|
| Interest from 6/1/07 to 1/11/08 | | | $ 29,360.91 |
| | | | |
| Judgment for Reformation Costs, Judge Vannoy Order dated 1/5/06 | | | $ 10,121.48 |
| Interest from 1/5/06 to 1/11/08 | | | $ 1,632.75 |
| | | | |
| Attorney Fees and Costs per Findings by Judge Hoyer on 1/11/08 | | | $ 495,000.00 |
| | SUBTOTAL | | $ 1,352,939.22 |
| Interest per diem for each day after 1/11/08 | | | $ 296.53 |
| | | | |
| Share per Petitioner | | | $ 450,979.74 |
| Interest per diem for each day after 1/11/08 | | | $ 98.84 |

6. Specifically, this Court orders that upon the payment of the foregoing amounts from the closing escrow, the Custodianship shall be terminated. Mr. Wiley shall turn over possession, control and custody of all Cure, Inc., books, records, assets to Respondent at the time of the payment.

2

7. To the extent Cure, Inc. borrows money to satisfy the payment obligations of this Order, Mr. Wiley shall have the authority to sign the loan documents on behalf of Cure, Inc.

Dated this _____ day of January, 2008.

_____
By the Court

Approved as to form:

_____
Justin B. Cumming for Respondent

_____
Anthony K. Mallgren for Petitioners        R. _____ Jewell
                                           #15979

3

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| Court: | CO Kit Carson County District Court 13th JD |
| Judge: | Kevin L Hoyer |
| File & Serve Transaction ID: | 18244744 |
| Current Date: | Jan 24, 2008 |
| Case Number: | 2003CV29 |
| Case Name: | In the matter of: HUBBARD, JANE E et al |

Court Authorizer
Comments:

Entered January 24, 2008.

/s/ Judge Kevin L Hoyer

STATE OF COLORADO, COUNTY OF KIT
CARSON - ss CERTIFIED TO BE FULL,
TRUE AND CORRECT COPY(IES)
OF THE ORIGINAL(S) IN MY CUSTODY.

Sharlene K Mills    6-1-09
**Clerk of the District Court**

By:_____Deputy