## AFFIDAVIT OF WILLIAM R. GRAY

STATE OF COLORADO    )
                             ) ss.
COUNTY OF BOULDER    )

I, William R. Gray, being of lawful age and first duly sworn upon oath, state the following:

1.      My name is William R. Gray. I have been licensed to practice law in this District Court since 1966. I am a partner in the law firm of PURVIS · GRAY, LLP, 4410 Arapahoe Avenue, Suite 200, Boulder, Colorado 80303.

2.      I am lead counsel for the Plaintiff, Mary Bohnen, in this case.

3.      This Affidavit is filed for the purpose of identifying the source and to authenticate Exhibits 15, 16, 17, and 18 to the Plaintiff's Brief in Opposition to Defendants' Second Motion for Summary Judgment.

4.      The four Schedule K forms for Cure, Inc. listed above were produced informally by Defendants to undersigned counsel in this case without a formal discovery request. Defendants' production included Cure, Inc. tax returns for the tax years 1998, 1999, 2000, and 2002 and for other years not discussed herein, together with Defendants' accountant work papers.

5.      The Schedule K's that are Exhibits 15, 16, 17, and 18 are portions of the records of Kennedy and Coe that were produced for my inspection and copying on December 15, 2008, at Defendants' offices in Goodland, Kansas.

6.      Plaintiff believes that these documents are records of a party offered against that party and qualify as admissions. *Bryant v. Farmers Insurance Exchange*, 432 F.3d 1114, 1123 (10th Cir. 2005)

FURTHER AFFIANT SAYETH NOT.

_____
William R. Gray, Affiant

Subscribed and sworn to me before this 4th day of June, 2009 by William R. Gray.

Witness my hand and official seal.

My commission expires

BRENDA J. O'BRIEN
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires May 15, 2010

_____
Notary Public

**EXHIBIT**
16

# Form 1120

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 1999 or tax year
beginning MARCH 1, 1999 , ending FEBRUARY 29, 2000

OMB No. 1545-0123

**1999**

| A Check if a: | | | Name CURE, INC. | B Employer identification number 84-0629155 |
|---|---|---|---|---|
| 1 Consolidated return (attach Form 851) | ☐ | Use IRS label. Other-wise, print or type. | | |
| 2 Personal holding co. (attach Sch. PH) | ☐ | | Number, street, and room or suite no. (If a P.O. box, see page 5 of instructions.) 36470 ROAD CC | C Date Incorporated 03/01/1972 |
| 3 Personal service corp. (as defined in Temp. Regs. sec. 1.441-4T) | ☐ | | City or town, state, and ZIP code BETHUNE, CO 80805 | D Total assets (see page 6 of Instructions) $ 917,899. |

E Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Change of address

| | | | | |
|---|---|---|---|---|
| **Income** | 1 a Gross receipts or sales | 8,400. | b Less returns and allowances | c Bal ▶ 1c | 8,400. |
| | 2 Cost of goods sold (Schedule A, line 8) | | | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c | | | 3 | 8,400. |
| | 4 Dividends (Schedule C, line 19) | | | 4 | |
| | 5 Interest | | | 5 | |
| | 6 Gross rents | | | 6 | 79,000. |
| | 7 Gross royalties | | | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | | 9 | |
| | 10 Other income (attach schedule) SEE STATEMENT 1 | | | 10 | 95,703. |
| | 11 Total income. Add lines 3 through 10 ▶ | | | 11 | 183,103. |
| **Deductions** | 12 Compensation of officers (Schedule E, line 4) | | | 12 | |
| | 13 Salaries and wages (less employment credits) | | | 13 | 11,022. |
| | 14 Repairs and maintenance | | | 14 | 17,684. |
| | 15 Bad debts | | | 15 | |
| | 16 Rents | | | 16 | 15,000. |
| | 17 Taxes and licenses SEE STATEMENT 2 | | | 17 | 29,846. |
| | 18 Interest | | | 18 | 12,836. |
| | 19 Charitable contributions SEE STATEMENT 3 AND SEE STATEMENT 4 | | | 19 | 4,062. |
| | 20 Depreciation (attach Form 4562) | 20 | 8,930. | | |
| | 21 Less depreciation claimed on Schedule A and elsewhere on return | 21a | | 21b | 8,930. |
| | 22 Depletion | | | 22 | |
| | 23 Advertising | | | 23 | |
| | 24 Pension, profit-sharing, etc., plans | | | 24 | |
| | 25 Employee benefit programs | | | 25 | 6,906. |
| | 26 Other deductions (attach schedule) SEE STATEMENT 5 | | | 26 | 40,258. |
| | 27 Total deductions. Add lines 12 through 26 ▶ | | | 27 | 146,544. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | 36,559. |
| | 29 Less: a Net operating loss (NOL) deduction | 29a | | | |
| | b Special deductions (Schedule C, line 20) | 29b | | 29c | |
| **Tax and Payments** | 30 Taxable income. Subtract line 29c from line 28 | | | 30 | 36,559. |
| | 31 Total tax (Schedule J, line 12) | | | 31 | 5,484. |
| | 32 Payments: a 1998 overpayment credited to 1999 | 32a | 806. | | |
| | b 1999 estimated tax payments | 32b | 5,794. | | |
| | c Less 1999 refund applied for on Form 4466 | 32c ( ) | d Bal ▶ 32d | 6,600. | |
| | e Tax deposited with Form 7004 | 32e | | | |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439) | 32f | | | |
| | g Credit for Federal tax on fuels (attach Form 4136) | 32g | | 32h | 6,600. |
| | 33 Estimated tax penalty. Check if Form 2220 is attached ▶ ☒ | | | 33 | 41. |
| | 34 Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | | 34 | 0. |
| | 35 Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | | 35 | 1,075. |
| | 36 Enter amount of line 35 you want: Credited to 2000 estimated tax ▶ 1,075. Refunded ▶ | | | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____ Signature of officer    Date    ▶ _____ Title

EC 270

| Paid Pre-parer's Use Only | Preparer's signature ▶ *Jill L. Eberhart* | Date 5/9/00 | Check if self-employed ☐ | Preparer's SSN or PTIN P00115025 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address ▶ KENNEDY AND COE, LLC 415 MAIN, BOX 386 WRAY, CO | | EIN ▶ 48 0567703 ZIP code ▶ 80758-0386 | |

911601 12-06-99    JWA ▶ See Instructions for Paperwork Reduction Act Notice.

14580509 788148 B02552    1999.05200

EXHIBIT 16

B02552_1

Form 1120 (1999)  CURE, INC.                                                  84-0629155  Page 3

## Schedule J   Tax Computation (see page 15 of instructions.)

1  Check if the corporation is a member of a controlled group (see sections 1561 and 1563)  ▶ ☐
   Important: Members of a controlled group, see instructions on page 15.

2a  If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order):

   (1) $ _____    (2) $ _____    (3) $ _____

 b  Enter the corporation's share of:   (1) Additional 5% tax (not more than $11,750)   $ _____
                                         (2) Additional 3% tax (not more than $100,000)   $ _____

| | | |
|---|---|---|
| 3 Income tax. Check if a qualified personal service corporation under section 448(d)(2) (see page 15) ......  STMT 6  ▶ ☐ | 3 | 5,484. |
| 4a Foreign tax credit (attach Form 1118) | 4a | |
| b Possessions tax credit (attach Form 5735) | 4b | |
| c Check: ☐ Nonconventional source fuel credit  ☐ QEV credit (attach Form 8834) | 4c | |
| d General business credit. Enter here and check which forms are attached: ☐ 3800  ☐ 3468 ☐ 5884 ☐ 6478 ☐ 6765 ☐ 8586 ☐ 8830 ☐ 8826  ☐ 8835 ☐ 8844 ☐ 8845 ☐ 8846 ☐ 8820 ☐ 8847 ☐ 8861 | 4d | |
| e Credit for prior year minimum tax (attach Form 8827) | 4e | |
| 5 Total credits. Add lines 4a through 4e | 5 | |
| 6 Subtract line 5 from line 3 | 6 | 5,484. |
| 7 Personal holding company tax (attach Schedule PH (Form 1120)) | 7 | |
| 8 Recapture taxes. Check if from: ☐ Form 4255 ☐ Form 8611 | 8 | |
| 9 Alternative minimum tax (attach Form 4626) | 9 | |
| 10 Add lines 6 through 9 | 10 | 5,484. |
| 11 Qualified zone academy bond credit (attach Form 8860) | 11 | |
| 12 Total tax. Subtract line 11 from line 10. Enter here and on line 31, page 1 | 12 | 5,484. |

## Schedule K   Other Information (See page 17 of instructions.)

| | Yes | No |
|---|---|---|
| 1 Check method of accounting: a ☒ Cash b ☐ Accrual  c ☐ Other (specify) ▶ | | |
| 2 See page 19 of the instructions and enter the:  a Business activity code no. ▶ 531190  b Business activity ▶ RENTAL REAL ESTATE  c Product or service ▶ RENTS/INVESTMENTS | | |
| 3 At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) | | X |
| If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. | | |
| 4 Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group?  If "Yes," enter name and EIN of the parent corporation ▶ | | X |
| 5 At the end of the tax year, did any individual, partnership, corporation, estate or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) STATEMENT 7 | X | |
| If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ 100.00 | | |
| 6 During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) | | X |
| If "Yes," file Form 5452. If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary. | | |

| | Yes | No |
|---|---|---|
| 7 Was the corporation a U.S. shareholder of any controlled foreign corporation? (See sections 951 and 957.) | | X |
| If "Yes," attach Form 5471 for each such corporation. Enter number of Forms 5471 attached ▶ | | |
| 8 At any time during the 1999 calendar year, did the corporation have an interest in or a signature or other authority over a financial account (such as a bank account, securities account, or other financial account) in a foreign country? | | X |
| If "Yes," the corporation may have to file Form TD F 90-22.1. If "Yes," enter name of foreign country ▶ | | |
| 9 During the tax year, did the corporation receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the corporation may have to file Form 3520 | | X |
| 10 At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of: (a) the total voting power of all classes of stock of the corporation entitled to vote, or (b) the total value of all classes of stock of the corporation? If "Yes," | | X |
| a Enter percentage owned ▶ | | |
| b Enter owner's country ▶ | | |
| c The corporation may have to file Form 5472. Enter number of Forms 5472 attached ▶ | | |
| 11 Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐  If checked, the corporation may have to file Form 8281. | | |
| 12 Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ | | |
| 13 If there were 75 or fewer shareholders at the end of the tax year, enter the number ▶ 3 | | |
| 14 If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ......... ▶ ☐ | | |
| 15 Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ | | |

EC 272

911621
12-06-99

CURE, INC.                                                              84-0629155

═══════════════════════════════════════════════════════════════════════════════

OTHER INFORMATION       50% OR MORE OF VOTING STOCKS OWNED BY          STATEMENT    7
───────────────────────────────────────────────────────────────────────────────

(A) NAME                    ERNEST R, CURE
    ADDRESS                 23851 COUNTY ROAD 40, BETHUNE, CO   80805
    IDENTIFYING NUMBER      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
(B) PERCENT OF STOCK         50.00%

(A) NAME                    MARY E. BOHNEN
    ADDRESS                 36470 ROAD CC, BETHUNE, CO   80805
    IDENTIFYING NUMBER      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
(B) PERCENT OF STOCK         50.00%

═══════════════════════════════════════════════════════════════════════════════

SCHEDULE L                      OTHER INVESTMENTS                     STATEMENT    8
───────────────────────────────────────────────────────────────────────────────

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| COLORADO BRAND | 5,000. | 5,000. |
| TOTAL TO SCHEDULE L, LINE 9 | 5,000. | 5,000. |

═══════════════════════════════════════════════════════════════════════════════

SCHEDULE L                        OTHER ASSETS                        STATEMENT    9
───────────────────────────────────────────────────────────────────────────────

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DEFERRED PATRONAGE DIVIDENDS | 65,243. | 65,262. |
| TOTAL TO SCHEDULE L, LINE 14 | 65,243. | 65,262. |

═══════════════════════════════════════════════════════════════════════════════

SCHEDULE L                 OTHER CURRENT LIABILITIES                  STATEMENT   10
───────────────────────────────────────────────────────────────────────────────

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PAYROLL TAXES PAYABLE | 621. | 0. |
| ROOF INSURANCE PROCEEDS PAYABLE | 4,693. | 0. |
| TOTAL TO SCHEDULE L, LINE 18 | 5,314. | 0. |

EC 283