## AFFIDAVIT OF WILLIAM R. GRAY

STATE OF COLORADO     )
                      ) ss.
COUNTY OF BOULDER     )

I, William R. Gray, being of lawful age and first duly sworn upon oath, state the following:

1.     My name is William R. Gray.  I have been licensed to practice law in this District Court since 1966.  I am a partner in the law firm of PURVIS • GRAY, LLP, 4410 Arapahoe Avenue, Suite 200, Boulder, Colorado 80303.

2.     I am lead counsel for the Plaintiff, Mary Bohnen, in this case.

3.     This Affidavit is filed for the purpose of identifying the source and to authenticate Exhibits 15, 16, 17, and 18 to the Plaintiff's Brief in Opposition to Defendants' Second Motion for Summary Judgment.

4.     The four Schedule K forms for Cure, Inc. listed above were produced informally by Defendants to undersigned counsel in this case without a formal discovery request.  Defendants' production included Cure, Inc. tax returns for the tax years 1998, 1999, 2000, and 2002 and for other years not discussed herein, together with Defendants' accountant work papers.

5.     The Schedule K's that are Exhibits 15, 16, 17, and 18 are portions of the records of Kennedy and Coe that were produced for my inspection and copying on December 15, 2008, at Defendants' offices in Goodland, Kansas.

6.     Plaintiff believes that these documents are records of a party offered against that party and qualify as admissions.  *Bryant v. Farmers Insurance Exchange*, 432 F.3d 1114, 1123 (10th Cir. 2005)

FURTHER AFFIANT SAYETH NOT.

_____
William R. Gray, Affiant

Subscribed and sworn to me before this 4th day of June, 2009 by William R. Gray.

Witness my hand and official seal.

My commission expires

BRENDA J. O'BRIEN
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires May 15, 2010

_____
Notary Public

EXHIBIT
18

| Form **1120** | | U.  Corporation Income Tax R    rn | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2002 or tax year beginning MARCH 1, 2002 , ending FEBRUARY 28, 2003 | | **2002** |

| A Check if a: | | Use IRS label. Other-wise, print or type. | Name CURE, INC. | | B Employer Identification number 84-0629155 |
|---|---|---|---|---|---|
| 1 Consolidated return (attach Form 851) | | | Number, street, and room or suite no. (If a P O. box, see page 7 of instructions.) 36470 ROAD CC | | C Date incorporated 03/01/1972 |
| 2 Personal holding co (attach Sch. PH) | | | City or town, state, and ZIP code BETHUNE, CO 80805 | | D Total assets (see page 8 of Instructions) |
| 3 Personal service corp. (as defined in Regs sec. 1 441-3(c)) | | | | | $ 929,381. |

E Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

**Income**

| | | | |
|---|---|---|---|
| 1 a Gross receipts or sales | b Less returns and allowances | c Bal ► 1c | |
| 2 Cost of goods sold (Schedule A, line 8) | | 2 | |
| 3 Gross profit. Subtract line 2 from line 1c | | 3 | |
| 4 Dividends (Schedule C, line 19) | | 4 | |
| 5 Interest | | 5 | |
| 6 Gross rents | | 6 | 142,212. |
| 7 Gross royalties | | 7 | |
| 8 Capital gain net income (attach Schedule D (Form 1120)) | | 8 | |
| 9 Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | 9 | |
| 10 Other income (attach schedule)                 SEE STATEMENT 1 | | 10 | 4,009. |
| 11 Total income. Add lines 3 through 10 | ► | 11 | 146,221. |

**Deductions**

| | | | |
|---|---|---|---|
| 12 Compensation of officers (Schedule E, line 4) | | 12 | 4,306. |
| 13 Salaries and wages (less employment credits) | | 13 | 5,180. |
| 14 Repairs and maintenance | | 14 | 5,459. |
| 15 Bad debts | | 15 | |
| 16 Rents | | 16 | 200. |
| 17 Taxes and licenses                 SEE STATEMENT 2 | | 17 | 19,347. |
| 18 Interest | | 18 | 17,347. |
| 19 Charitable contributions SEE STATEMENT 3   AND   SEE STATEMENT 4 | | 19 | 3,037. |
| 20 Depreciation (attach Form 4562) | 20      5,124. | | |
| 21 Less depreciation claimed on Schedule A and elsewhere on return | 21a | 21b | 5,124. |
| 22 Depletion | | 22 | |
| 23 Advertising | | 23 | |
| 24 Pension, profit-sharing, etc., plans | | 24 | |
| 25 Employee benefit programs | | 25 | 19,820. |
| 26 Other deductions (attach schedule)                 SEE STATEMENT 5 | | 26 | 39,072. |
| 27 Total deductions. Add lines 12 through 26 | ► | 27 | 118,892. |
| 28 Taxable income before net operating loss deduction and special deductions Subtract line 27 from line 11 | | 28 | 27,329. |
| 29 Less: a Net operating loss (NOL) deduction | 29a | | |
| b Special deductions (Schedule C, line 20) | 29b | 29c | |

**Tax and Payments**

| | | | |
|---|---|---|---|
| 30 Taxable income. Subtract line 29c from line 28 | | 30 | 27,329. |
| 31 Total tax (Schedule J, line 11) | | 31 | 4,099. |
| 32 Payments: a 2001 overpayment credited to 2002 | 32a | | |
| b 2002 estimated tax payments | 32b 5,588. | | |
| c Less 2002 refund applied for on Form 4466 | 32c ( ) d Bal ► 32d 5,588. | | |
| e Tax deposited with Form 7004 | 32e | | |
| f Credit for tax paid on undistributed capital gains (attach Form 2439) | 32f | | |
| g Credit for Federal tax on fuels (attach Form 4136). See instructions | 32g | 32h | 5,588. |
| 33 Estimated tax penalty (see page 14 of Instructions). Check if Form 2220 is attached | ► ☐ | 33 | |
| 34 Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | 34 | 0. |
| 35 Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | 35 | 1,489. |
| 36 Enter amount of line 35 you want: Credited to 2003 estimated tax ► 1,489. Refunded ► | | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► Signature of officer          Date          ► Title

May the IRS discuss this return with the preparer shown below? [X] Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature ► Jim L. Eberhart | Date 5/13/03 | Check if self-employed ☐ | Preparer's SSN or PTIN P00115025 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ► | KENNEDY AND COE, LLC 517 FOURTEENTH STREET BURLINGTON, CO 80807 | EIN 48 0567703 | Phone no. (719) 346-7343 |

211601 12-19-02   JWA ► See Instructions for Paperwork Reduction Act Notice.      Form 1120 (2002)

11170513 755565 B02552      2002.0504      B02552_1

EXHIBIT 18
PETITIONER'S Exhibit 70

Form 1120 (2002)  CURE, INC.                                                                 84-0629155  Page 3

## Schedule J  Tax Computation (See page 17 of instructions)

1   Check if the corporation is a member of a controlled group (see sections 1561 and 1563) ........................ ▶ ☐

   Important: Members of a controlled group, see instructions on page 17.

2a  If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable

   income brackets (in that order):

   (1) |$            |  (2) |$            |  (3) |$            |

b   Enter the corporation's share of:   (1) Additional 5% tax (not more than $11,750)  |$            |

                                        (2) Additional 3% tax (not more than $100,000) |$            |

3   Income tax. Check if a qualified personal service corporation under section 448(d)(2)        STMT 6

   (see page 17) ........................................................................ ▶ ☐ | 3 | 4,099. |

4   Alternative minimum tax (attach Form 4626) ...................................................... | 4 | |

5   Add lines 3 and 4 ............................................................................. | 5 | 4,099. |

| 6a | Foreign tax credit (attach Form 1118) ................................ | 6a | |
| b | Possessions tax credit (attach Form 5735) ............................ | 6b | |
| c | Check: ☐ Nonconventional source fuel credit ☐ QEV credit (attach Form 8834) | 6c | |
| d | General business credit. Check box(es) and indicate which forms are attached. | | |
| | ☐ Form 3800  ☐ Form(s) (specify) ▶ _____ | 6d | |
| e | Credit for prior year minimum tax (attach Form 8827) ................. | 6e | |
| f | Qualified zone academy bond credit (attach Form 8860) ............... | 6f | |

7   Total credits. Add lines 6a through 6f ........................................................ | 7 | |

8   Subtract line 7 from line 5 .................................................................. | 8 | 4,099. |

9   Personal holding company tax (attach Schedule PH (Form 1120)) ................................ | 9 | |

10  Other taxes. Check if from: ☐ Form 4255  ☐ Form 8611  ☐ Form 8697

                              ☐ Form 8866  ☐ Other (attach schedule) .................... | 10 | |

11  Total tax. Add lines 8 through 10. Enter here and on line 31, page 1 .......................... | 11 | 4,099. |

## Schedule K  Other Information (See page 19 of instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check method of accounting: a ☒ Cash  b ☐ Accrual | | |
| | c ☐ Other (specify) ▶ _____ | | |
| 2 | See page 21 of the instructions and enter the: | | |
| a | Business activity code no. ▶ 531190 | | |
| b | Business activity ▶ RENTAL REAL ESTATE | | |
| c | Product or service ▶ RENTS/INVESTMENTS | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) | | X |
| | If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. | | |
| 4 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ _____ | | |
| 5 | At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) STATEMENT 7 | X | |
| | If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ _____ | | |
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) | | X |
| | If "Yes," file Form 5452, Corporate Report of Nondividend Distributions. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary. | | |

| | | Yes | No |
|---|---|---|---|
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? | | X |
| | If "Yes," enter: (a) Percentage owned ▶ _____ | | |
| | and (b) Owner's country ▶ _____ | | |
| c | The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ _____ | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ............. ▶ ☐ | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 75 or fewer) ▶ 3 | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ... ▶ ☐ If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3)(i) or (ii) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ _____ | | |
| 13 | Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ 0. | | X |

Note: If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

CURE, INC.                                                                84-0629155

================================================================================

OTHER INFORMATION       50% OR MORE OF VOTING STOCKS OWNED BY        STATEMENT    7

================================================================================

(A) NAME                ERNEST RICHARD CURE TRUST B
    ADDRESS             36470 ROAD CC, BETHUNE, CO   80805
    IDENTIFYING NUMBER  72-6216562
(B) PERCENT OF STOCK     44.00%

(A) NAME                MARY E. BOHNEN
    ADDRESS             36470 ROAD CC, BETHUNE, CO   80805
    IDENTIFYING NUMBER  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
(B) PERCENT OF STOCK     26.00%

(A) NAME                EILEEN RITA CURE FAMILY TRUST
    ADDRESS             36470 ROAD CC, BETHUNE, CO   80805
    IDENTIFYING NUMBER  84-6252833
(B) PERCENT OF STOCK     30.00%

================================================================================

SCHEDULE L                    OTHER INVESTMENTS                    STATEMENT    8

================================================================================

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| COLORADO BRAND | 5,000. | 5,000. |
| TOTAL TO SCHEDULE L, LINE 9 | 5,000. | 5,000. |

================================================================================

SCHEDULE L                      OTHER ASSETS                       STATEMENT    9

================================================================================

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DEFERRED PATRONAGE DIVIDENDS | 65,515. | 65,670. |
| TOTAL TO SCHEDULE L, LINE 14 | 65,515. | 65,670. |