IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00904-RPM

MARY ELLEN BOHNEN, individually, as Trustee and Beneficiary of the
EILEEN RITA CURE TRUST, and as Trustee/Personal Representative and Heir of the
ESTATE OF ERNEST RICHARD CURE,

        Plaintiff,

v.

KENNEDY AND COE, LLC., and
WILLIAM H. JENKINS,

        Defendants.
_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Joint Stipulation for Dismissal with Prejudice, it is

    ORDERED that this action is dismissed with prejudice, each party to bear and pay their own attorneys' fees and costs of every kind and nature.

    DATED:  August 4th, 2009

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge